UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X   Case No. 1:22-cv-07813

JULIE A. TROWERS,

                      Plaintiff,          **STIPULATION OF**
                                                                                  **DISMISSAL**
          -against-                               **WITH PREJUDICE**

UNIVERSAL PROTECTION SERVICE, LLC d/b/a
ALLIED UNIVERSAL,

                      Defendant.

-----------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julie A. Trowers and Defendant Universal Protection Service, LLC d/b/a Allied Universal, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party will bear its own costs, expenses, and attorney's fees.

88151658v.1

DATED: April 13, 2023

| | |
|---|---|
| **MARTENSON, HASBROUCK & SIMON LLP** | **THE LAW OFFICE OF JOSHUA P. FRANK, PLLC** |
| By _/s/ Evan S. Weiss_ | By _/s/ Joshua P. Frank_ |
| Evan S. Weiss, Esq.<br>Kelly Jines, Esq.<br>40 Exchange Place, Suite 1502<br>New York, New York 10005<br>Telephone: (332) 345-2475<br>eweiss@martensonlaw.com | Joshua P. Frank, Esq.<br>1 Old Country Road, Suite 385<br>Carle Place, New York 11514<br>Telephone: (516) 416-4444<br>jfrank@jpfranklaw.com |
| *Attorneys for Defendant* | *Attorney For Plaintiff* |

**SO ORDERED** this ____ day of _____, 2023

_____

88151658v.1